844

No. 73–2002. PHILADELPHIA HOUSING AUTHORITY ET AL. *v.* ALDERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–2012. SEATTLE TRUST & SAVINGS BANK ET AL. *v.* BANK OF CALIFORNIA, N. A., ET AL.; and

No. 73–2037. HART, SUPERVISOR, DIVISION OF BANKING *v.* BANK OF CALIFORNIA, N. A., ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 492 F. 2d 48.

No. 73–2016. ARANDA *v.* COMMITTEE ON EXAMINATIONS AND ADMISSIONS FOR STATE BAR OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 73–2017. BROCK & BLEVINS CO., INC., ET AL. *v.* BRYAN. C. A. 5th Cir. Certiorari denied.

No. 73–2019. MAILMAN DEVELOPMENT CORP. ET AL. *v.* CITY OF HOLLYWOOD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 73–2020. LEWIS *v.* HUDSON WATERWAYS CORP. C. A. 2d Cir. Certiorari denied.

No. 73–2021. OUTLAW ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–2026. HERNANDEZ *v.* TRAVELERS INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 73–2031. TOLEDO, PEORIA & WESTERN RAILROAD Co. *v.* WASSON, DBA WASSON TOWING Co., ET AL.; and

No. 73–2035. WASSON, DBA WASSON TOWING Co., ET AL. *v.* TOLEDO, PEORIA & WESTERN RAILROAD Co. C. A. 7th Cir. Certiorari denied. Reported below: 495 F. 2d 571.